1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10    WALTER W. BOYD,

11               Plaintiff,                    No. CIV S-09-2039 JAM KJM P

12         vs.

13    D. FALLTRICK, et al.,

14               Defendants.            <u>FINDINGS & RECOMMENDATIONS</u>

15    _____/

16           By order filed February 25, 2010, plaintiff was granted an extension of time to

17    file his amended complaint.  Plaintiff has not filed an amended complaint or otherwise responded

18    to the court's order.

19           IT IS HEREBY RECOMMENDED that this action be dismissed without

20    prejudice.  <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

21           These findings and recommendations are submitted to the United States District

22    Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen

23    days after being served with these findings and recommendations, plaintiff may file written

24    objections with the court.  The document should be captioned "Objections to Magistrate Judge's

25    Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

26    /////

1

specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

F.2d 1153 (9th Cir. 1991).

DATED:   April 15, 2010.

_____

U.S. MAGISTRATE JUDGE

1
boyd2039.fta